UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        Case No. 8:11-cr-323-T-17TBM

RETSIDISTSWE GRIFFITH

## FORFEITURE MONEY JUDGMENT AND
## PRELIMINARY ORDER OF FORFEITURE FOR DIRECT ASSETS *(DKT. 587)*

THIS CAUSE comes before the Court upon the United States' Motion for:

(1)     A Forfeiture Money Judgment in the amount of $274,400.00; and

(2)     A Preliminary Order of Forfeiture for the following direct assets:

   a.     A 2010 Black Land Rover, Range Rover Sport, Vehicle
          Identification Number SALSK2D48AA249887; and

   b.     The defendant's DEA Registration Number FR1263134: R &
          Griffiths Enterprise, DBA: New Tampa Pharmacy.

Being fully advised of the relevant facts, the Court hereby finds that

$274,400.00 was obtained from the drug trafficking conspiracy to which the

defendant pled guilty.

The Court further finds that the Land Rover and the defendant's DEA

registration represent proceeds of, and facilitated, the drug trafficking conspiracy.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the

United States' motion is GRANTED.

CASE NO: 8:11-CR-323-T-17TBM

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2), the defendant shall be held liable for a forfeiture money judgment in the amount of $274,400.00.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2), the direct assets identified above are hereby forfeited to the United States for disposition according to law

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute asset forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this ___10th___ day of ___NOVEMBER___, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record

2