UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                  Case No. 8:11-CR-323-T-17TBM

RETSIDISTSWE GRIFFITH.
_____/

**FINAL JUDGMENT OF FORFEITURE**

**THIS CAUSE** comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 686), pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for a 2010 Black Land Rover, Range Rover Sport, Vehicle Identification Number SALSK2D48AA249887.

On November 10, 2014, the Court entered a $274,400.00 Forfeiture Money Judgment and a Preliminary Order of Forfeiture for the asset described above, pursuant to 21 U.S.C. § 853. Doc. 605.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the asset on the official government website, www.forfeiture.gov, from November 13, 2014 through December 12, 2014. Doc. 668. The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that, no person, other than the defendant Griffith, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the asset. No additional party has filed a petition or claimed an

Case No. 8:11-CR-323-T-17TBM

interest in the asset, and the time for filing a petition has expired.

Accordingly, it is hereby:

**ORDERED, ADJUDGED and DECREED** that for good cause shown, the United States' motion is **granted**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the asset identified above is **CONDEMNED and FORFEITED** to the United States for disposition according to law.

Clear title to the asset is now vested in the United States of America.

**DONE and ORDERED** in Chambers in Tampa, Florida, on this 15th day of January, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record

2