UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:11-CR-323-T-17TBM

RETSIDISTWE GRIFFITH.

_____/

ORDER

This cause is before the Court on:

Dkt. 857    Unopposed Motion to Exonerate Bond

Defendant Retsidistwe Griffith moves to exonerate the surety Appearance Bond (Dkt. 104) posted in this case, and enter an Order directing the Clerk of Court to discharge the surety from the bond posted in this matter.

The Government does not oppose Defendant Griffith's Motion.

After consideration, the Court grants Defendant's Unopposed Motion to Exonerate Bond. Accordingly, it is

**ORDERED** that Defendant Griffith's Unopposed Motion to Exonerate Bond (Dkt. 857) is **granted**, and the Clerk of Court **shall discharge** Defendant's surety Frances Parish, Continental Heritage Insurance Company, by way of AAA Kyle's Qwik Bail Bonding, 600 34th Street South, St. Petersburg, FL 33711 from the bond posted.

Case No. 8:11-CR-323-T-17TBM

**DONE and ORDERED** in Chambers in Tampa, Florida on this 27th day of January, 2016.

                          ELIZABETH A. KOVACHEVICH
                          United States District Judge

Copies to:
All parties and counsel of record