UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:11-CR-323-T-17TBM

RETSIDISTSWE GRIFFITH.
_____/

ORDER

This cause is before the Court on:

Dkt. 916   Unopposed Motion for Early Termination of Supervised
           Release

Defendant Retsidistwe Griffith requests early termination of supervised release pursuant to 18 U.S.C. Sec. 3564(c), and Fed. R. Crim. P. 32.1. In the alternative, Defendant Griffith requests permission to travel to Lesotho, South Africa, to visit her ailing mother, from August 19, 2018 to September 7, 2018.

Defendant Griffith entered into a Plea Agreement (Dkt. 529), pleading guilty to Count One of the Superseding Indictment (Dkt. 29). The Government requested a four-level reduction of Defendant Griffith's offense level based on substantial assistance (Dkt. 669), which the Court granted. The Court granted an additional four-level departure based on Defendant Griffith's substantial assistance and family responsibilities. (Dkts. 663, 677). Defendant Griffith was sentenced on December 17, 2014 to four months imprisonment, followed by a 36-month term of supervised release; fine waived, and a $100 special assessment fee. Count Four was dismissed on the Government's Motion.

Defendant Griffith served her house arrest and supervised release time to date without any violations.

Case No. 8:11-CR-323-T-17TBM

The Government does not object to Defendant Griffith's request for early termination of supervised release, nor does Defendant Griffith's supervising Probation Officer.

Defendant Griffith has completed more than one year of Defendant's term of supervised release. Pursuant to 18 U.S.C. Sec. 3583(e)(1), I have considered the factors set forth in 18 U.S.C. Secs. 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(6), and (a)(7), and determine that the termination of supervised release is warranted and is in the interest of justice. Accordingly, it is

**ORDERED** that Defendant Retsidistwe Griffith's Unopposed Motion for Early Termination of Supervised Release (Dkt. 916) is **granted**. Defendant's alternative Motion for permission to travel is **denied as moot.**

**DONE and ORDERED** in Chambers in Tampa, Florida on this 6th day of August, 2018.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
U.S. Probation Office